Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL X

| SUCN. RICHARD MACHADO GONZÁLEZ NORMA A. ORTIZ COLÓN<br><br>Recurrido<br><br>V.<br><br>RECOMS REALTY INC., OSVALDO CARLO LINARES, SHEILA ARCHILLA DÍAZ,<br><br>TOUCHVISION REALTY CORP.<br><br>Peticionario | TA2026CE00483 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm. SJ2025CV05825<br><br>Sobre: PROPIEDAD HORIZONTAL: NULIDAD DE ASAMBLEA; IMPUGNACIÓN DE ACUERDOS Y CARGOS A JUNTA DE DIRECTORES; SENTENCIA DECLARATORIA |
|---|---|---|

Panel integrado por su presidenta, la Jueza Grana Martínez, el Juez Ronda del Toro y la Jueza Lotti Rodríguez

*Grana Martínez, Jueza Ponente*

### RESOLUCIÓN

En San Juan, Puerto Rico, a 23 de abril de 2026.

Examinada la *Oposición a Moción en Auxilio de Jurisdicción*, presentada por Recoms Realty Inc. y Osvaldo Carlo Linares el 23 de abril de 2026, este tribunal dispone lo siguiente:

Luego de examinar detenidamente el expediente del presente caso, y conforme a la discreción que ostentamos para expedir un recurso de *certiorari*, declinamos ejercer la misma.

Por lo antes expuesto se deniega la expedición del recurso de certiorari solicitado. Igualmente, se declara No Ha Lugar a *la Moción Urgente en Auxilio de Jurisdicción.*

**Notifíquese inmediatamente.**

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones